Case 5:24-cr-00067-H-BQ   Document 3 *SEALED*   Filed 07/10/24   Page 1 of 1   PageID 6

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

MICHAEL DUY ALVA

**WARRANT FOR ARREST**

**Colorado Case: 24-mj-00134-KAS**

Case Number: 5:24-CR-067-H

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:47 am, Jul 16, 2024
**JEFFREY P. COLWELL, CLERK**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Michael Duy Alva__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petiton ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her (brief description of offense)

False Information and Hoaxes
Maliciously Conveying False Information

in violation of Title __18__ United States Code, Section(s) __1038(a)(1), 844(e)__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge D. Gordon Bryant, Jr.    July 10, 2024    Lubbock Division
                                                         Date            Location

By: __B. Hill__
    Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Larimer County Jail, Fort Collins, CO |

| DATE RECEIVED 07/15/24 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 07/10/24 | SA Chris Lalonde | _[signature]_ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **5-24CR-067-H** |
| v. | |
| MICHAEL DUY ALVA | |

## INDICTMENT

The Grand Jury Charges:

Count One
False Information and Hoaxes
(Violation of 18 U.S.C. § 1038(a)(1))

On or about June 2, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Michael Duy Alva**, defendant, did intentionally convey false and misleading information, that is, defendant sent an electronic communication to Leprino Foods Company that a bomb had been placed at their facility in Lubbock, Texas, under such circumstances where such information may reasonably have been believed, that indicated that an activity had taken, was taking, and would take place that would constitute a violation of Title 18, Chapter 40, that is, Malicious Damage and Destruction of a Building by Means of Fire and Explosive, in violation of Title 18, United States Code, Section 844(i).

In violation of Title 18, United States Code, Section 1038(a)(1).

Michael Duy Alva
Indictment – Page 1

Count Two
Maliciously Conveying False Information
(Violation of 18 U.S.C. § 844(e))

On or about June 2, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Michael Duy Alva**, defendant, through the use of a computer and other instrument of interstate and foreign commerce, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate any individual and to unlawfully damage and destroy a building and other real and personal property, that is, Leprino Foods Company, Lubbock, Texas, by means of fire and an explosive, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

*/s/ Shanda Roger*
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Stephen J. Rancourt*
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7398
Facsimile:   806-472-7394
E-mail:        stephen.rancourt@usdoj.gov

Michael Duy Alva
Indictment – Page 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL DUY ALVA

INDICTMENT

| | |
|---|---|
| COUNT 1: | FALSE INFORMATION AND HOAXES<br>Title 18, United States Code, Section 1038(a)(1). |
| COUNT 2: | MALICIOUSLY CONVEYING FALSE INFORMATION<br>Title 18, United States Code, Section 844(e).<br>(2 COUNTS) |

A true bill rendered:

Lubbock                    _Shanda Rogers_                    Foreperson

Filed in open court 10th day of July, A.D. 2024.
ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

Michael Duy Alva
Indictment – Page 4